UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTINA STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-03058-JMS-MPB |
| | ) |
| CAREY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

This matter having come before the Court on the Stipulation of Dismissal with Prejudice, filed by the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and the Court having fully considered the parties' Stipulation and being otherwise duly advised in the premises, the Court now finds that the Stipulation should be **APPROVED**;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned matter shall be, and is hereby, dismissed in its entirety, with prejudice, each party to bear its own costs and attorneys' fees [28].

Date: 9/13/2021

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system